OPINION — AG — ** COUNTY MONEYS — MEMBERS OF A BOARD — COMPENSATION ** COUNTY MONEYS MAY 'NOT' BE APPROPRIATED TO THE BOARD OF EQUALIZATION (EXCISE BOARD) OF YOUR COUNTY FOR TRAVEL EXPENSES OF THE MEMBERS OF THE BOARD TRAVELING OVER THE COUNTY TO BE A BETTER POSITION TO EQUALIZE ASSESSMENTS. (COUNTY ASSESSOR, BOARD OF EQUALIZATION, RECORDS, TRAVEL, REIMBURSEMENT, PER DIEM) CITE: 19 O.S. 180.47 [19-180.47], 68 O.S. 15.39 [68-15.39], 68 O.S. 289 [68-289], 68 O.S. 15.17 [68-15.17], 68 O.S. 15.40 [68-15.40] (JAMES C. HARKIN)